UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendant*. | Civ. A. No. 18-0248 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's January 30, 2019, Order, the parties, by and through their undersigned counsel, respectfully submit the following joint status report.

Defendant U.S. Department of Health and Human Services (HHS) has been continuing to process new records at a rate of at least 500 pages per month and previously identified consult records at a rate of at least 600 pages per month, and issuing interim responses with productions of responsive records on a monthly basis on or around the 20th of each month. Defendant's twenty-third interim response was issued on June 22, 2020, and the twenty-fourth interim response is scheduled for release by July 20, 2020. At this time, HHS has completed production of previously identified consult pages, and has 1,464 other pages remaining to process.

Plaintiff notes that the last eight responses have consisted entirely of determinations that none of the records reviewed were responsive to Plaintiff's FOIA request. When Plaintiff first inquired in December 2019 as to why so many records were being determined to be non-responsive, Defendant responded that "those pages were nonresponsive because although they were emails between the entities identified in the request the pages did not relate to 'services for pregnant unaccompanied immigrant minors in federal custody and/or housed at ORR grantee

shelters.'" Recently, when Plaintiff sought further explanation of how responsiveness determination were being made, Defendant elaborated that it believes "the number of nonresponsive pages is due to the fact that the IT search located records between ACF officials and EOP officials, but didn't necessarily include the search terms" the parties had previously agreed to.

Plaintiff does not know how much time has been lost due to Defendant's failure to use the agreed-to search terms, but believes it is not insignificant. Defendant is reviewing what occurred that caused records that did not include the search terms to be included in the search results and will follow up with Plaintiff as soon as possible.  While recognizing that only a small volume of pages remains to be processed, Plaintiff has requested that the previously agreed to search terms be applied to these records prior to processing to minimize any further wasting of time for all involved in this matter. Defendant is inquiring into whether this is feasible.

Per the Court's Minute Order, dated January 30, 2019, the parties shall file a further joint status report on or before August 14, 2020.

| | |
|---|---|
| July 15, 2020 | Respectfully submitted, |
| */s/ Christine H. Monahan* | MICHAEL R. SHERWIN |
| Christine H. Monahan | Acting United States Attorney |
| D.C. Bar No. 1035590 | |
| | DANIEL F. VAN HORN |
| AMERICAN OVERSIGHT | D.C. Bar No. 924092 |
| 1030 15th Street NW, B255 | Chief, Civil Division |
| Washington, DC 20005 | |
| (202) 869-5244 | By: */s/ Daniel P. Schaefer* |
| christine.monahan@americanoversight.org | DANIEL P. SCHAEFER |
| | D.C. Bar No. 996871 |
| *Counsel for Plaintiff* | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Tel: (202) 252-2531 |
| | E-mail: Daniel.Schaefer@usdoj.gov |
| | |
| | *Counsel for Defendant* |